UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF DEARBORN, ET AL,

        Plaintiff(s),        CASE NUMBER: 08-10156
                                        HONORABLE VICTORIA A. ROBERTS

v.

COMCAST OF MICHIGAN III, Inc., ET AL,

        Defendant(s).
                                        /

## ORDER CLARIFYING THE COURT'S OCTOBER 3, 2008 ORDER

Before the Court is Defendants Comcast of Michigan III, Inc.; Comcast of the South, Inc.; Comcast of Warren; and Comcast of Macomb's (collectively "Comcast") "Motion for Immediate Consideration and Clarification of the October 3, 2008 Order." (Doc. #42). Comcast requests clarification on whether the Court's October 3rd Order stayed the entire care or merely stayed Plaintiffs' claim under 47 U.S.C. §543(b)(7).

Only Plaintiffs' claim under 47 U.S.C. §543(b)(7) is stayed. Comcast must file its answer in the time required by the Federal Rules of Civil Procedure.

**IT IS ORDERED**.

                                              s/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: October 8, 2008

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 8, 2008.

s/Linda Vertriest
Deputy Clerk

---

1