UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF DEARBORN, ET AL,

    Plaintiffs,

vs                                                  Case No: 08-10156
                                                 Honorable Victoria A. Roberts

COMCAST OF MICHIGAN, III, ET AL,

    Defendants,
_____/

## ORDER STRIKING DOCUMENT, REQUIRING REFILING AND SETTING BRIEFING SCHEDULE

On October 14, 2008, Plaintiffs' filed a Motion for Partial Reconsideration (Doc. #44) of this Court's Order dated October 3, 2008.

The Court STRIKES Plaintiff's Motion for Partial Reconsideration (Doc. #33), because if fails to conform with the Court's requirements for motions. Plaintiffs are directed to refile their motion, in strict compliance with Judge Roberts' requirements, by Tuesday, October 21, 2008.

The Court requests Defendants file a response to Plaintiffs' refiled motion by Thursday, October 30, 2008.

Plaintiffs may not file a reply brief.

**IT IS ORDERED.**

                                                 s/Victoria A. Roberts
                                               Victoria A. Roberts
                                               United States District Judge

Dated: October 17, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 17, 2008.

s/Linda Vertriest
Deputy Clerk

## MOTION REQUIREMENTS

\* **NOTE:** All briefs shall comply strictly with LR 7.1 (Statement of Issues, Statement of Controlling/Most Appropriate Authority), and, in addition, must contain a Table of Contents, an Index of Authorities and an Index of Exhibits. The Exhibits must be tabbed. Furthermore, the format requirements as set forth in LR 5.1 must be strictly adhered to**. A courtesy copy of all motions and briefs, with relevant passages of exhibits highlighted must be delivered or mailed to the Judge.**